# EXHIBIT
# #97



EISENREICH

BAYONNE MEDICAL CENTER

DEPOSITION

CARRIE EVANS

MAY 6, 2010

EXHIBITS 20 THRU 39

TWO OF TWO

Fred R. Gruen, Esq.
GRUEN & GOLDSTEIN
1150 W. Chestnut Street
Union, New Jersey 07083
(908) 687-2030

# Exhibit
# Carrie Evans

## #30

Connie Tauber

| | |
|---|---|
| From: | Evans, Carrie [CEvans@bayonnemedicalcenter.org] |
| Sent: | Monday, June 12, 2006 10:18 AM |
| To: | Avery Eisenreich |

1.0        Million loan @ 7.0% payable on or before 12/31/06

*******************************************************************
This email and any files transmitted with it are confidential and intended solely for the use
of the individual or entity to whom they are addressed. If you have received this email in
error please notify the system manager.
This footnote also confirms that this email message has been swept by MIMEsweeper for the
presence of computer viruses.
www.clearswift.com
*******************************************************************

BMC v Omni
0047

1

# Exhibit
# Carrie Evans

# #30A

Avery Eisenreich
26 Journal Square
15th Floor
Jersey City, New Jersey 07306

**Re:    Loan- Avery Eisenreich to Bayonne Medical Center**

Dear Mr. Eisenreich,

This document is prepared to serve as an agreement of terms for a loan in the amount of $1,000,000.00 (one million) dollars from you (the lender) to the Bayonne Medial Center (the borrower). The terms set forth in this agreement are as follows:

The borrower agrees to pay the lender an interest rate of 8%.
The borrower agrees to the payback terms of – 12/31/06 – this loan is due and payable on or before 12/31/06.
The lender agrees not to impose any pre-payback penalties on the borrower.
The lender agrees to wire transfer the full amount of the loan upon execution of the document by way of signature by the authorized parties listed below:

Robert H. Evans                Herman Brockman                Avery Eisenreich
President and CEO              Chairman, Board of Trustees     President
Bayonne Medical Center        Bayonne Medical Center          Omni Healthcare of NJ

_____              _____              _____
Signature                      Signature                      Signature

_____              _____              _____
Date                           Date                           Date

LMEDOCS 373867v1

# Exhibit
# Carrie Evans

# #31

Connie Tauber

| | |
|---|---|
| **From:** | Evans, Carrie [CEvans@bayonnemedicalcenter.org] |
| **Sent:** | Tuesday, June 20, 2006 2:26 PM |
| **To:** | Avery Eisenreich |
| **Subject:** | Loan Document |
| **Attachments:** | AveryLoan.DOC |

For your approval:

Carrie

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This email and any files transmitted with it are confidential and intended solely for the use
of the individual or entity to whom they are addressed. If you have received this email in
error please notify the system manager.
This footnote also confirms that this email message has been swept by MIMEsweeper for the
presence of computer viruses.
www.clearswift.com
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BMC v Omni
0055

Avery Eisenreich
26 Journal Square
15th Floor
Jersey City, New Jersey 07306

Re:    Loan- Avery Eisenreich to Bayonne Medical Center

Dear Mr. Eisenreich,

This document is prepared to serve as an agreement of terms for a loan in the amount of $1,000,000.00 (one million) dollars from you (the lender) to the Bayonne Medial Center (the borrower). The terms set forth in this agreement are as follows:

The borrower agrees to pay the lender an interest rate of 8%.
The borrower agrees to the payback terms of – 12/31/06 – this loan is due and payable on or before 12/31/06.
The lender agrees not to impose any pre-payback penalties on the borrower.
The lender agrees to wire transfer the full amount of the loan upon execution of the document by way of signature by the authorized parties listed below:

Robert H. Evans                    Herman Brockman                    Avery Eisenreich
President and CEO                 Chairman, Board of Trustees      President
Bayonne Medical Center       Bayonne Medical Center          Omni Healthcare of NJ


_____             _____             _____
Signature                          Signature                          Signature


_____             _____             _____
Date                                 Date                                 Date

LMEDOCS 373867v1

BMC v Omni
0056

# Exhibit
# Carrie Evans

# #32

Connie Tauber

**From:**  Evans, Carrie [CEvans@bayonnemedicalcenter.org]
**Sent:**  Tuesday, June 13, 2006 12:22 PM
**To:**    Avery Eisenreich

ok on the 8% - can you send me the million ?
Can you wire it in so I can rock and roll ?
I am losing valuable time ---PLEEESSEE.

:-)


*********************************************************************
This email and any files transmitted with it are confidential and intended solely for the use
of the individual or entity to whom they are addressed. If you have received this email in
error please notify the system manager.
This footnote also confirms that this email message has been swept by MIMEsweeper for the
presence of computer viruses.
www.clearswift.com
*********************************************************************

BMC v Omni
0049

1

# Exhibit
# Carrie Evans

# #35

Connie Tauber

**From:**      Evans, Carrie [CEvans@bayonnemedicalcenter.org]
**Sent:**      Wednesday, June 14, 2006 10:45 AM
**To:**        Avery Eisenreich
**Subject:**   RE:

What lease you are buying?
The lawyers have it all - tell Fred to expedite.

I have a loan agreement - what docs do you need for guarantee?


-----Original Message-----
From: Avery Eisenreich [mailto:averye@omnihsnj.com]
Sent: Wednesday, June 14, 2006 5:05 AM
To: Evans, Carrie
Subject: Re:

Addl status on the lease

-----Original Message-----
From: Evans, Carrie <CEvans@bayonnemedicalcenter.org>
To: Avery Eisenreich <averye@omnihsnj.com>
ent: Tue Jun 13 14:08:58 2006
ubject: RE:

DB just left with the terms for the land sale.
He will call and email Fred on the way back to his office.
I already have board resolution and we have tested the bond covenants to make sure we can
transfer a non operating asset. It is fine.

As for loan agreement, I will speak to DB separately

That stays between us - not for public consumption.
What will suffice as loan "guarantee" docs? I will get them together with the loan agreement.




-----Original Message-----
From: Avery Eisenreich [mailto:averye@omnihsnj.com]
Sent: Tuesday, June 13, 2006 12:26 PM
To: Evans, Carrie
Subject: Re:

Get all info to fred gruen ie.have D.B send loan docs with corporate gauraty with ownership
structure ,also have them start tiltle work please send fred a copy of the terms of deal so
they both can get it done asap lastly do you need any releases to sell the property? Let me
know when you get the above moving and I will call fred to push it

-----Original Message-----
From: Evans, Carrie <CEvans@bayonnemedicalcenter.org>
To: Avery Eisenreich <averye@omnihsnj.com>

BMC v Omni
0051

1

# Exhibit
# Carrie Evans

## #36

**Connie Tauber**

| | |
|---|---|
| From: | Connie Tauber [Conniet@omnihsnj.com] |
| Sent: | Thursday, June 22, 2006 4:12 PM |
| To: | 'Evans, Carrie' |
| Subject: | Here we go |
| Attachments: | CORP RESOLUTIONS (2).doc; PROMISSORY NOTE (2).doc |

The UCC is under separate cover

*Connie Tauber*
*Omni Asset Management*
*26 Journal Square-16th Floor*
*Jersey City, NJ 07306*
*Phone:   201-216-9500*
*Fax:      201-216-9656*

BMC v Omni
0001

1

## CORPORATE RESOLUTION

The undersigned, the president of BAYONNE MEDICAL CENTER, (the "Corporation") hereby certifies that the following resolution was duly adopted on June _____, 2006:

**RESOLVED**, that Robert H. Evans as President and CEO of the Corporation and Herman Brockman, Chairman, Board of Trustees are hereby authorized for and on behalf of the Corporation to deliver to ATE Consulting, Co. (the "Lender") a Promissory Note (the "Note") providing for a loan to the Corporation from the Lender in the principal sum of $1,000,000.00 on the terms and conditions set forth in said Note; and be it further

**RESOLVED**, that the form of the Note be delivered thereunder, as presented to this Board of Directors, is hereby approved, with such changes therein as the officer or officers hereinabove authorized to execute and deliver the Note shall make, the conclusive approval of this Board of Directors to such changes to be presumed by the execution and delivery thereof; and be it further

**RESOLVED**, that the undersigned be and he is hereby authorized and directed to take all appropriate steps on behalf of this Corporation to effect the foregoing resolutions, including, but not limited to amending or supplementing the Note in any respect deemed necessary in order to consummate the transactions contemplated by the Note and these resolutions.

**IN WITNESS WHEREOF**, I have hereunto signed this certification this ___ day of June, 2006.

_____
Name: Robert H. Evans
Title: President and CEO


_____
Name: Herman Brockman
Title: Chairman, Board of
       Trustee

BMC v Omni
0002

PROMISSORY NOTE


June ___, 2006

$1,000,000.00

Bayonne Medical Center, a New Jersey corporation, having an office at 29 East 29th Street, Bayonne 07002 (the "Maker") promises to pay to the order of ATE Consulting CO., a New Jersey Corporation, having an office at 26 Journal Square, 16th Floor, Jersey City, New Jersey 07306 (the "Payee") the sum of One Million and 00/100 ($1,000,000.00) Dollars, together with interest accrued thereon calculated at the rate of eight (8%) percent per annum as follows:

The entire principal balance and accrued interest shall be due and payable on December 31, 2006.

In the event that Maker does not pay when due any of the payments required to be made by Maker hereunder, then, and in such event, Payee, at its sole discretion, may declare the entire outstanding principal balance of this Note, together with all interest accrued and unpaid thereon, to be due and payable.

Upon a default by the Maker hereunder or upon the maturity of the loan, this Note shall bear interest at the lower of the highest rate permitted by law or 18% per annum (the "default rate") until the unpaid balance of the principal and interest shall have been paid in full.

This Note is and shall be deemed to have been made and delivered in the State of New Jersey and in all respects shall be governed and construed in accordance with the laws of that State. The Maker consents to the jurisdiction of the courts of the State of New Jersey and agrees that service process may be made in any manner acceptable for use in the courts of the State of New Jersey. In addition, the Maker irrevocably and unconditionally waives any objection which the Maker may now or hereafter have to the laying of venue of any of the aforesaid

BMC v Omni
0003

actions, suits, or proceeding arising out of or in connection with this Note brought in any of the aforesaid courts, and hereby further irrevocably and unconditionally waives the right to plead or claim that any such action suit, or proceeding brought in any such court has been brought in an inconvenient forum.

Maker waives the right to interpose counterclaims or setoffs or any kind or description in any litigation arising hereunder. The Maker waives the right, in any litigation in which it and the Payee are adverse parties (whether or nor arising out of or in connection with this note) to trial by jury.

The word "Maker" shall include the Maker's representatives, successors and assigns and the word "Payee" shall include Payee's representatives, successors and assigns.

Maker and all endorsers of this Note hereby waive presentment for payment, demand for payment, notice of non-payment and dishonor, protest, and notice of protest; consent to any renewals, extensions and partial payments of this Note or the indebtedness for which it is given without notice to them, and consent that no such renewals, extensions or partial payments shall discharge any party hereto from liability hereon in whole or in part. If a petition under any provision of the Bankruptcy Act or any other insolvency statute for any relief thereunder shall be filed by or against any maker, endorser, or guarantor hereof, then this Note and all other existing obligations of every kind of each Maker, endorser or guarantor hereof to the Payee hereof shall become immediately due and payable.

If this Note shall be placed with an attorney for collection, the Maker, endorsers and guarantors agree to pay all costs of collection, including reasonable attorneys' fees which shall be added to the amount due under this Note and shall be

BMC v Omni
0004

recoverable with the amount due under this Note and shall be a
lien on any collateral securing this Note.

IN WITNESS WHEREOF, Maker has executed this Note as of
the date first above set forth.

Bayonne Medical Center

By: _____

Name: Robert H. Evans
Title: President and CEO

_____

Name: Herman Brockman
Title: Chairman, Board of
Trustee

State of New Jersey        )
                           ) ss.:
County of                  )

I certify that on June _____, 2006 personally came before me
and stated to my satisfaction that each person:

(a) was the maker of the attached instrument;

(b) was authorized to and did execute this instrument as
of _____ the entity named in this instrument;
and,

(c) executed this instrument as the act of the entity named in
this instrument.

_____
Notary Public

BMC v Omni
0005

# Exhibit
# Carrie Evans

# #37A



# Commercial Checking

07      2030062065718   751   130      0   39      170,834

WCVIA

## Deposits and Other Credits   *continued*



EXHIBIT

| Date | Amount | Description |
|---|---|---|
| 6/23 | 151.56 | AUTOMATED CREDIT NOVA INFO SYSTEM MERCH DEP CO. ID. 9990100039 060623 CCD MISC 421700420062200 |
| 6/23 | 250.00 | AUTOMATED CREDIT NOVA INFO SYSTEM MERCH DEP CO. ID. 9990100039 060623 CCD MISC 421700420062200 |
| 6/23 | 827.58 | WHOLESALE LOCKBOX DEPOSIT PHILADELPHIA BOX #018213 AM DEPOSIT |
| 6/23 | 243,617.66 | FUNDS TRANSFER (ADVICE 060629008209) RCVD FROM BAYONNE HOSPITAL / ORG=BAYONNE HOSPITAL RFB=20000149BAYONNEH OBI= REF=20000149BAYONNEH 06/23/06 08:18AM |
| 6/23 | 1,000,000.00 | FUNDS TRANSFER (ADVICE 060623057739) RCVD FROM PNC BANK NJ OFFICER COST CEN ORG=ATE CONSULTING CORPORATION RFB=X OBI= REF=060623022443 06/23/06 04:22PM |
| | 50.00 | FUNDS TRANSFER (ADVICE 060626013708) RCVD FROM BANK OF AMERICA, BAYONNE HOSPITAL ORG=BAYONNE HOSPITAL CURRENT ACCOUNT RFB=WACHOVIA OBI= REF=2006062600096873 06/26/06 09:44AM |
| 6/26 | 50.00 | AUTOMATED CREDIT NOVA INFO SYSTEM MERCH DEP CO. ID. 9990100039 060626 CCD MISC 421700420062200 |
| 6/26 | 100.00 | AUTOMATED CREDIT NOVA INFO SYSTEM MERCH DEP CO. ID. 9990100039 060626 CCD MISC 421700420062200 |
| 6/26 | 185.50 | AUTOMATED CREDIT NOVA INFO SYSTEM MERCH DEP CO. ID. 9990100039 060626 CCD MISC 421700420062200 |
| 6/26 | 57,999.38 | WHOLESALE LOCKBOX DEPOSIT PHILADELPHIA BOX #018213 AM DEPOSIT |
| 6/27 | 25.00 | AUTOMATED CREDIT NOVA INFO SYSTEM MERCH DEP CO. ID. 9990100039 060627 CCD MISC 421700420062200 |
| 6/27 | 7,941.78 | WHOLESALE LOCKBOX DEPOSIT PHILADELPHIA BOX #018213 AM DEPOSIT |
| 6/27 | 460,000.00 | FUNDS TRANSFER (ADVICE 060627009699) RCVD FROM BANK OF AMERICA, BAYONNE HOSPITAL ORG=BAYONNE HOSPITAL CURRENT ACCOUNT RFB=WACHOVIA OBI= REF=2006062700076743 06/27/06 08:53AM |
| 6/28 | 20.33 | AUTOMATED CREDIT NOVA INFO SYSTEM MERCH DEP CO. ID. 9990100039 060628 CCD MISC 421700420062200 |
| 6/28 | 25.00 | AUTOMATED CREDIT NOVA INFO SYSTEM MERCH DEP CO. ID. 9990100039 060628 CCD MISC 421700420062200 |

*Deposits and Other Credits continued on next page.*

**Connie Tauber**

m:               Evans, Carrie [CEvans@bayonnemedicalcenter.org]
ent:             Friday, June 23, 2006 12:13 PM
To:              Avery Eisenreich
Subject:         RE: Wire Instructions


'ok

-----Original Message-----
From: Avery Eisenreich [mailto:averye@omnihsnj.com]
Sent: Friday, June 23, 2006 12:10 PM
To: Evans, Carrie
Subject: Re: Wire Instructions

No problem have rob sign it thanx

-----Original Message-----
From: Evans, Carrie <CEvans@bayonnemedicalcenter.org>
To: Connie Tauber <conniet@omnihsnj.com>
CC: Avery Eisenreich <averye@omnihsnj.com>
Sent: Fri Jun 23 12:10:21 2006
Subject: RE: Wire Instructions

Yes the account is Bayonne Medical Center I mentioned to Avery that Mr. Brockman was not here
on Friday - I got his signature yesterday - and then he left and then I got the correct UCC
cument.
  can have him sign on Monday - or I can have Rob sign today and fax it over now ..

Thanks
Carrie


-----Original Message-----
From: Connie Tauber [mailto:Conniet@omnihsnj.com]
Sent: Friday, June 23, 2006 11:59 AM
To: Evans, Carrie
Subject: RE: Wire Instructions
Importance: High

Is the account name: Bayonne Medical Center???


From: Evans, Carrie [mailto:CEvans@bayonnemedicalcenter.org]
Sent: Friday, June 23, 2006 9:56 AM
To: Connie Tauber
Subject: FW: Wire Instructions

FYI

-----Original Message-----
From: Elmo, Angelo
Sent: Friday, June 23, 2006 10:42 AM
To: Evans, Carrie

1

BMC v Omni
0072

# Exhibit
# Carrie Evans

# #37B



# Bayonne Medical Center

Bank Reconcilliation

## WACHOVIA - Operating Account

| | | |
|---|---|---|
| G/L Account Num 01.1010.0010 | Bank Account Number: | 2030062065718 |

| | | |
|---|---|---|
| **G/L Balance @   06/01/2006** | | $   865,150.35 |
| **Add:** | | |
| Deposits - Regular | 256,951.39 | |
| Misc Credit-ADP return | | |
| Transfers from Medicaid Account | 369,141.26 | |
| Transfers from HAMLIN | | |
| Wire Transfers | 1,524,050.00 | |
| Wire Transfers - BCBS settlement | 700,000.00 | |
| Wire Transfers - Omni Nursing Home | 1,000,000.00 | |
| Wire Transfers - Medical Reserve Grant | 45,000.00 | |
| | | 3,895,142.65 |
| **Deduct:** | | |
| Payroll Tax Transfers | 1,828,876.08 | |
| Debt Service Transfers | 268,402.89 | |
| .53 Assessment | 32,807.00 | |
| ZBA Transfers to Payroll Acct. | 95,117.23 | |
| Transfers to Accounts Payables | 71,151.53 | |
| Wire Transfers | 785,500.00 | |
| Wire Transfer - Sempra (electric) | 57,494.30 | |
| Wire Transfer - American Red Cross | 97,826.72 | |
| Sales tax | 474.07 | |
| Bank Charges | 1,502.67 | |
| | | (3,239,152.49) |
| **Adjustment:** | | |
| Collection agency fees | | (19,637.80) |
| **G/L Balance @   06/30/2006** | | 1,501,502.71 |
| | | |
| Deposit in transit - Medicare | | (475,408.45) |
| Deposit in transit - Blue Cross/Blue Shield | | (167,433.55) |
| Deposit in transit - Medicaid | | |
| Deposit in transit - BOA Lockbox | | (66,541.76) |
| Deposit in transit - Wachovia Lockbox | | (12,702.74) |
| Deposit in transit - Credit Card | | (525.00) |
| Deposit in transit - Regular deposit | | (27,979.67) |
| Miscellaneous Deposit (reverse) | | 34,415.00 |
| Bank charges | | (1,233.13) |
| ZBA tranfer | | (11,510.56) |
| Collection Agency fees - no cash rec'v but posted to client (January 06) | | (11,480.26) |
| Collection Agency fees - no cash rec'v but posted to client (April 06) | | (27,937.25) |
| Collection Agency fees - no cash rec'v but posted to client (June 06) | | (16,392.67) |
| **Bank Balance @   06/30/2006** | | $   716,772.67 |
| | | |
| bank statement balance | | 716,772.67 |
| | | 0.00 |

# Exhibit
# Carrie Evans

# #38

Connie Tauber

| | |
|---|---|
| From: | Avery Eisenreich [AveryE@omnihsnj.com] |
| Sent: | Thursday, June 22, 2006 4:41 PM |
| To: | 'Evans, Carrie' |
| Subject: | FW: Loan to Bayonne |
| Attachments: | UCC Docs..pdf |

Please use the second page ONLY. Thanks

BMC v Omni
0009

1

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Michael Silberberg, Esq.

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Silberberg & Kirschner, LLP
600 Third Avenue, 25th Floor
New York, New York 10016

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Bayonne Medical Center | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 29 East 29th Street | Bayonne | NJ | 07002 | |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | NONE |
|---|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | NONE |
|---|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ATE Management Consulting, LLC | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 26 Journal Square, 16th Floor | Jersey City | NJ | 07306 | |

4. This FINANCING STATEMENT covers the following collateral:

**SEE ATTACHED SCHEDULE "A"**

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [optional] | | All Debtors | Debtor 1 | Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

BMC v Omni
0010

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | |
|---|---|
| 9a. ORGANIZATION'S NAME | |
| | |

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| Bayonne Medical Center | | |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | NONE |
|---|---|---|---|---|---|

**12.** ☐ **ADDITIONAL SECURED PARTY'S** or ☐ **ASSIGNOR S/P'S** NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |
| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.

☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

BMC v Omni
0011

## SCHEDULE A

       All present and future fixtures, fittings, appliances, apparatus, equipment, machinery, building materials, inventory, accounts receivable and articles of personal property and replacements thereof, other than those rented or owned by lessees, now or at any time hereafter affixed to, attached to, placed upon, or used in any way or connection with the complete or comfortable use, enjoyment, occupancy or operation of the Premises, or the Improvements on the Premises.

BMC v Omni
0012

Connie Tauber

| | |
|---|---|
| **From:** | Connie Tauber [Conniet@omnihsnj.com] |
| **Sent:** | Friday, June 23, 2006 12:40 PM |
| **To:** | 'Evans, Carrie' |
| **Subject:** | FW: Wire Instructions |

**Importance:**     High

I cannot send  for the wire until I receive the UCC. I will be leaving today by 1:30 . Please send ASAP

---

**From:** Connie Tauber [mailto:Conniet@omnihsnj.com]
**Sent:** Friday, June 23, 2006 10:59 AM
**To:** 'Evans, Carrie'
**Subject:** RE: Wire Instructions
**Importance:** High

Is the account name: Bayonne Medical Center???

---

**From:** Evans, Carrie [mailto:CEvans@bayonnemedicalcenter.org]
**Sent:** Friday, June 23, 2006 9:56 AM
**To:** Connie Tauber
**Subject:** FW: Wire Instructions

FYI

-----Original Message-----
**From:** Elmo, Angelo
**Sent:** Friday, June 23, 2006 10:42 AM
**To:** Evans, Carrie
**Subject:** FW: Wire Instructions

-----Original Message-----
**From:** Elmo, Angelo
**Sent:** 06/19/2006 9:44 AM
**To:** Evans, Carrie
**Subject:** Wire Instructions

Bank Name Wachovia
ABA # 031201467
Acct No – 2030062065718

Angelo
***************************************************
This email and any files transmitted with it are confidential and
   tended solely for the use of the individual or entity to whom they
   re addressed. If you have received this email in error please notify
the system manager.
This footnote also confirms that this email message has been swept by
MIMEsweeper for the presence of computer viruses.
www.clearswift.com
***************************************************

BMC v Omni
0014

Connie Tauber

| | |
|---|---|
| From: | Evans, Carrie [CEvans@bayonnemedicalcenter.org] |
| Sent: | Friday, June 23, 2006 12:43 PM |
| To: | Connie Tauber |
| Subject: | RE: Wire Instructions |

Marie is sending it now.

-----Original Message-----
**From:** Connie Tauber [mailto:Conniet@omnihsnj.com]
**Sent:** Friday, June 23, 2006 12:40 PM
**To:** Evans, Carrie
**Subject:** FW: Wire Instructions
**Importance:** High

I cannot send for the wire until I receive the UCC. I will be leaving today by 1:30 . Please send ASAP

**From:** Connie Tauber [mailto:Conniet@omnihsnj.com]
**Sent:** Friday, June 23, 2006 10:59 AM
**To:** 'Evans, Carrie'
**Subject:** RE: Wire Instructions
**Importance:** High

Is the account name: Bayonne Medical Center???

**From:** Evans, Carrie [mailto:CEvans@bayonnemedicalcenter.org]
**Sent:** Friday, June 23, 2006 9:56 AM
**To:** Connie Tauber
**Subject:** FW: Wire Instructions

FYI

-----Original Message-----
**From:** Elmo, Angelo
**Sent:** Friday, June 23, 2006 10:42 AM
**To:** Evans, Carrie
**Subject:** FW: Wire Instructions

-----Original Message-----
**From:** Elmo, Angelo
**Sent:** 06/19/2006 9:44 AM
**To:** Evans, Carrie
**Subject:** Wire Instructions

Bank Name Wachovia
ABA # 031201467
Acct No – 2030062065718

BMC v Omni
0065

1

Connie Tauber

**From:**       Connie Tauber [Conniet@omnihsnj.com]
**Sent:**       Thursday, July 13, 2006 1:22 PM
**To:**       'Evans, Carrie'
**Subject:**     FYI

I never received the original UCC signed. I really need an original. Please arrange that it goes out overnight.

Thank you

*Connie Tauber*
*Omni Asset Management*
*26 Journal Square-16th Floor*
*Jersey City, NJ 07306*
*Phone:  201-216-9500*
*Fax:    201-216-9656*

BMC v Omni
0017

Connie Tauber
_____

. rom:          Evans, Carrie [CEvans@bayonnemedicalcenter.org]
Sent:          Monday, July 17, 2006 5:09 PM
To:            Connie Tauber
Subject:       RE:

Please send my another UCC I will have it signed and mailed
Please contact Marv Apsel regarding the PMG information
I am not familiar at all with this company

Thanks
Carrie


-----Original Message-----
**From:** Connie Tauber [mailto:Conniet@omnihsnj.com]
**Sent:** Monday, July 17, 2006 4:51 PM
**To:** Evans, Carrie
**Subject:**

Hi there,

Hope you are enjoying the weather !!

I have a few issues , I would like resolved.
1. I never got the original signed UCC. Please let me know when  will receive.
2.  We have a copy of the remediation report from PMG. I called for some details and they asked for a release
from the Bayonne  to share more information with us.  Could I get such a release/ authorization.
3. Can you get me the annual cost of  PMG's time and expense contract.


Thanking you in advance


*Connie Tauber*
*Omni Asset Management*
*26 Journal Square-16th Floor*
*Jersey City, NJ 07306*
*Phone:  201-216-9500*
*Fax:    201-216-9656*

*******************************************************
This email and any files transmitted with it are confidential and
intended solely for the use of the individual or entity to whom they
are addressed. If you have received this email in error please notify
the system manager.
This footnote also confirms that this email message has been swept by
MIMEsweeper for the presence of computer viruses.
www.clearswift.com
*******************************************************

BMC v Omni
0067

1

Connie Tauber

From:         Connie Tauber [Conniet@omnihsnj.com]
Sent:         Tuesday, July 18, 2006 6:28 PM
To:           'Evans, Carrie'
Attachments:  UCC.pdf


Enclosed please find an original UCC. Please have it signed and overnighted back to me.

Thank you

*Connie Tauber*
*Omni Asset Management*
*26 Journal Square-16th Floor*
*Jersey City, NJ 07306*
*Phone:  201-216-9500*
*Fax:     201-216-9656*

BMC v Omni
0020

1

Connie Tauber

| | |
|---|---|
| From: | Connie Tauber [Conniet@omnihsnj.com] |
| Sent: | Thursday, July 27, 2006 12:33 PM |
| To: | 'Evans, Carrie' |
| Subject: | sorry to bother. |

Wondering where the signed UCC is?

Connie Tauber
*Omni Asset Management*
*26 Journal Square-16th Floor*
*Jersey City, NJ 07306*
*Phone:  201-216-9500*
*Fax:     201-216-9656*

BMC v Omni
0021

1